IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10901
Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EDEN MAYA CARMONA

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-31-1-X
---------------------
August 3, 2000

Before KING, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender for Eden Maya Carmona has filed a motion to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Carmona was sent a copy of counsel's motion and brief, and he has filed a pro se response. Our review of the brief filed by counsel, Carmona's response, and of the record discloses no nonfrivolous point for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2. Carmona's pro se motion to dismiss the appeal is DENIED as moot.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.